# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0068
_____

LAURIE CARMODY,

   Appellant,

   v.

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES; and SHANDS
TEACHING HOSPITAL AND
CLINICS, INC. d/b/a SHANDS
HOSPITAL,

   Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

January 7, 2026

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kennan G. Dandar of Dandar & Dandar, P.A., Tampa, for Appellant.

Christine R. Davis of Davis Appeals, PLLC, St. Petersburg, for Appellees.